IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>        Defendants.<br>_____/ | No. C 12-00008 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held on April 26, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.     ALTERNATIVE DISPUTE RESOLUTION.

SETTLEMENT CONFERENCE. This matter is referred to Magistrate Judge Beeler for the purpose of completing a settlement conference within 60 days of the issuance of this order depending upon the schedule of Magistrate Judge Beeler. The parties shall promptly notify the Court whether the case is resolved at the conference.

    2.     DISCOVERY. On or before July 9, 2012, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

    3.     EXPERT WITNESSES. On or before August 24, 2012, all expert discovery shall be completed by the parties.

4.  PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than November 15, 2012.

5.  PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before December 20, 2012 counsel shall file a Joint Pretrial Statement.

6.  PRETRIAL CONFERENCE.  The final pretrial conference will be held on **January 3, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

7.  TRIAL DATE.  Trial shall commence on **January 14, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated:  5/16/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE