IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN DOE,                                                    No. C 12-00008 RS

        Plaintiff,

  v.                                                              **CASE MANAGEMENT SCHEDULING ORDER**

REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,

        Defendants.
_____/

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held on June 7, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY. On or before September 9, 2012, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

2. EXPERT WITNESSES. On or before October 26, 2012, all expert discovery shall be completed by the parties.

3. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **October 11, 2012 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California

4. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than November 15, 2012.

5. PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before December 20, 2012 counsel shall file a Joint Pretrial Statement.

6. PRETRIAL CONFERENCE.  The final pretrial conference will be held on **February 28, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

7. TRIAL DATE.  Trial shall commence on **March 11, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated:  6/8/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE