1  LOUIS A. LEONE, ESQ. (SBN: 099874)
   CLAUDIA LEED, ESQ. (SBN: 122676)
2  **STUBBS & LEONE**
   A Professional Corporation
3  2175 N. California Blvd., Suite 900
   Walnut Creek, CA  94596
4  Telephone:    (925) 974-8600
5  Facsimile:    (925) 974-8601
   E-mail: leonel@stubbsleone.com
6          leedc@stubbsleone.com

7  Attorneys for Defendants
8  UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DEPARTMENT OFFICER
   DOUGHTY and UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DEPARTMENT
9  OFFICER  POURFARHANI

10
   BRUCE W. NICKERSON, (S.B.N. 90760)
11 231 Manor Drive
   San Carlos, CA 94070
12 Telephone:    (650) 594-0195
13 Facsimile:    (650) 596-0595
   E-mail: brucenic@pacbell.net
14
   Attorney for the Plaintiff JOHN DOE
15

16             IN THE UNIFIED STATES DISTRICT COURT FOR
17             THE NORTHERN DISTRICT OF CALIFORNIA
18

| JOHN DOE, individually and on behalf of Class Persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA UNIVERSITY OF CALIFORNIA POLICE, CHIEF CELAYA, OFFICER, DOUGHTY, #59, OFFICER POURFARHANI #86, and DOES I through X, inclusive<br><br>Defendants. | Case No.:   C12-00008-RS<br><br><br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER DISMISSING ACTION WITH PREJUDICE** |
|---|---|

    The parties to the above captioned matter hereby stipulate by and through their

---

**STIPULATION AND** ~~PROPOSED~~ **ORDER DISMISSING ACTION WITH PREJUDICE**          C12-00008-RS
1

undersigned counsel of record to request that this court issue an order dismissing this case with prejudice, the parties to bear the own costs and fees.

IT IS SO STIPULATED.

Dated: October 18, 2012      STUBBS & LEONE

_____/S/_____
CLAUDIA LEED, ESQ.
Attorney for Defendants
UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DEPARTMENT OFFICER DOUGHTY and UNIVERSITY OF CALIFORNIA AT BERKELEY POLICE DEPARTMENT OFFICER POURFARHANI

Dated: October 18, 2012      LAW OFFICES OF BRUCE NICKERSON

_____/S/_____
BRUCE W. NICKERSON
Attorney for Plaintiff JOHN DOE

**ORDER**

Pursuant to the Stipulation of the Parties this case is hereby dismissed with prejudice.

DATED:  10/18/12

RICHARD SEEBORG
United States Judge